**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jorge Arturo ORDAZ–MADERA,
Defendant—Appellant.**

No. 01–10205.
D.C. No. CR–01–00041–PGR.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM**

Jorge Arturo Ordaz–Madera appeals his guilty-plea conviction and 63–month sentence for being an alien found in the United States after having been previously deported, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ordaz–Madera's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver in the plea agreement, the appeal is **DISMISSED**.

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Federico DIAZ–TELLEZ, aka Alfredo Mota–Placencia, Defendant—Appellant.**

No. 01–10391.
D.C. No. CR–01–00321–EHC.

United States Court of Appeals,
Ninth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

48

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM**

Federico Diaz–Tellez appeals his guilty-plea conviction and 46–month sentence for illegal reentry by a previously deported alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diaz–Tellez's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver in the plea agreement, the appeal is **DISMISSED.**

UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Angel IBARRA–BACA, Defendant–Appellant.

No. 01–10464.

D.C. No. CR–01–00167–JMR.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).